STEPHEN COFFIN, Appellant, *v.* HENRY C. COULSON, Respondent.

*Appeal from Multnomah County.*

Payment of costs; kinds of money applicable thereto.

AT the November term, 1866, of the Circuit Court for Multnomah county, Mitchell & Dolph obtained a judgment against Coffin. After giving due notice of an appeal, Coffin applied to respondent Coulson, the clerk of said court, for a transcript in the case, at the time tendering to respondent payment for making the same; the tender was made in legal currency. Coulson refused to receive that kind of money, and declined to prepare the transcript unless the charges therefor were paid in coin. Coffin applied to the circuit judge for a writ of peremptory mandamus, directed to the clerk, requiring him to make and deliver the transcript to him. The judge at the hearing denied the writ and dismissed the petition. Coffin appealed.

*W. W. Page, Esq.*, for appellant.

*Mitchell & Dolph*, for respondent.

BY THE COURT. With the exceptions of paying certain taxes, and satisfying the cases provided for in the act commonly known as the "Specific Contract Law," we know of no distinctions in the relative value or uses of the different

kinds of money. In the Specific Contract Law express exception is made of the payment of costs, and, while the demand is to be discharged in the kind of money specified, costs follow the general rule. The case before us does not come within any of the exceptions. The fees of officers are satisfied when proper payment is made in any of the kinds of money recognized by law. The tender was good.

The judgment below is therefore reversed.